■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE DI BIASI, Alias SONNY PINTO, Appellant.— Judgment of conviction unanimously reversed on the law and a new trial ordered on authority of *People* v. *Di Biasi* (7 N Y 2d 544). Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of PHILIP SCHARF, Practicing under the Name of HERDLING & SCHARF. CATHERINE B. HOLT, as Administratrix of the Estate of CALVIN A. HOLT, Deceased.— Motion to dismiss appeal unanimously granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961. Respondent's points to be served and filed on or before February 23, 1961. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ DAN H. ELKIND v. GUARDIAN LIFE INSURANCE COMPANY.— Motion for an enlargement of time granted insofar as to enlarge appellant's time to perfect the appeal to the February 1961 Term of this court on condition that the appeal is argued or submitted during said term. Respondent's points are to be served and filed on or before January 27, 1961. The order of this court entered October 6, 1960 is modified accordingly. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ INDUSSA CORPORATION v. BLAKE SUPPLY INWOOD CORP.— Motion for leave to dispense with printing granted insofar as to dispense with the printing ·in the record on appeal of certain exhibits on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ JUDITH C. SCHMIDT v. CITY OF NEW YORK.— Motion to dismiss appeal unanimously granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ JOHN J. DE LURY et al. v. JERRY WURF et al.— Motion for an enlargement of time and for other relief granted and the above-entitled appeal is directed to be added to the February 1961 Term Enumerated Calendar of this court on condition that the appellants serve and file a notice of argument and note of issue on or before January 20, 1961. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Estate of ABE GOLDBLATT, Deceased. BENJAMIN GOLDBLATT, as Administrator of the Estate of ABE GOLDBLATT, Deceased; ROSE MEYER et al.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondents and files 6 typewritten or 19 mimeographed copies of appellant's points together with the original record, with this court on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered December 1, 1960; is modified accordingly. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.